In the Matter of A. FREEMAN GRAY et al., Appellants, against TOWN BOARD OF THE TOWN OF NORTH HEMPSTEAD, NASSAU COUNTY, et al., Respondents.— In a proceeding, pursuant to section 195 of the Town Law, to review the proceedings of the town board of the Town of North Hempstead under article 12 of that statute, order denying appellants' petition and confirming the determination of the Town Board unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.